# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-00931-RGK-AFM | Date | February 20, 2018 |
|---|---|---|---|
| Title | *Catrin Hechl v. DeVry University, Inc. et al.* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiffs' Ex Parte Application for Remand (DE 14)

Defendants DeVry University, Inc., Adtalem Global Education, Inc., and Ivonna Edkins ("Defendants") removed this action to federal court on February 6, 2018 on the basis of diversity jurisdiction. On February 15, 2018, Plaintiff Catrin Hechl ("Plaintiff") filed the present Ex Parte Application for remand. Having read and considered the parties' arguments, the Court finds no basis for ex parte relief and **DENIES** Plaintiffs' Ex Parte Application for Remand.

The Court's Standing Order is clear that "Ex parte applications are solely for extraordinary relief." (Standing Order, ECF No. 10.) Plaintiff makes no attempt to identify any exigent circumstance justifying ex parte relief. *See Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995) (noting ex parte relief is justified only if "the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures"). Should Plaintiff wish to seek remand, she should do so by regularly noticed motion.

**IT IS SO ORDERED.**

Initials of Preparer _____